UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN E. COFFEY, | ) |
| Plaintiff, | ) |
| vs. | ) 1:13-cv-01776-SEB-MJD |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |
| SSA (Court Use Only), | ) |
| Miscellaneous. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 9/4/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
tom.kieper@usdoj.gov